**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Javier Sanchez–DUARTE, a/k/a Javier
Duarte–Sanchez, Defendant–
Appellant.**

**No. 02–7771.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 26, 2003.

Javier Sanchez–Duarte, Appellant Pro Se. Steven Hale Levin, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Javier Sanchez–Duarte seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Sanchez–Duarte has not made a substantial showing of the denial of a constitutional right. *See United States v. Sanchez–Duarte*, Nos. CR–00–342; CA–02–245–1 (M.D.N.C. filed Oct. 16, 2002; entered Oct. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*